[No. 4726–1.   Division One.   March 6, 1978.]

BARRY R. THOMPSON, ET AL, *Appellants*, v. GROUP
HEALTH COOPERATIVE OF PUGET SOUND,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 797731, Frank J. Eberharter, J., entered April

26, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Andersen, J.